IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division



FILED
JUN 13 2016
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE USE OF A PEN REGISTER/TRAP AND TRACE DEVICE ON AN ELECTRONIC MAIL ACCOUNT | ) No. 1:13EC297 ) ) ) ) ) ) ) |
| IN THE MATTER OF THE SEARCH AND SEIZURE OF INFORMATION ASSOCIATED WITH ed_snowden@lavabit.com THAT IS STORED AT PREMISES CONTROLLED BY LAVABIT LLC | ) No. 1:13SW522 ) ) ) ) ) ) |
| In re Grand Jury | ) No. 13-1 |

## CONSENT ORDER

WHEREAS, the parties engaged in litigation regarding the sealing and non-disclosure of the above-captioned order, search warrant, and subpoena;

WHEREAS, the parties agree and the Court finds that alternatives less drastic than sealing and non-disclosure of the subscriber's name and email address will now suffice to protect the investigation;

WHEREAS, the parties agree and the Court finds that it may authorize disclosure –at a time, in a manner, and subject to any other condition that it directs– of a grand jury matter . . . in connection with a judicial proceeding in accordance with Fed.R.Crim.P. 6(e)(3)(E)(i);

WHEREAS, the parties agree and the Court finds that the government has a compelling interest in keeping under seal certain facts detailed in *ex parte* motions, applications, and search

warrants, the disclosure of which could damage the ongoing investigation or are protected by Fed.R.Crim.P. 6(e) and 49.1; the government's interest in keeping the redacted material sealed outweighs any public interest in disclosure; and having considered alternatives to the proposed redactions none will adequately protect those interests; it is hereby

ORDERED that the above-captioned cases are unsealed to allow the Clerk's office to file on the public docket and make electronically available through the CM/ECF system the pleadings, transcripts, and orders as redacted in accordance with the Attachments to this Order. All redacted information remains under seal.

It is further ORDERED that all non-disclosure orders applying to Mr. Ladar Levison and Lavabit, LLC in the above captioned matter are vacated.

ENTERED this 13th day of June 2016, at Alexandria, Virginia.

/s/ Claude M. Hilton
Claude M. Hilton
Senior United States District Judge