UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-4052 (L)
(1:13-sw-00522-CMH-1)

_____

In re: INFORMATION ASSOCIATED with [redacted]

-------------------------------

UNITED STATES OF AMERICA

   Plaintiff - Appellee

v.

LAVABIT LLC; LADAR LEVISON

   Movants - Appellants

_____

No. 16-4053
(1:13-ec-00297-TCB-1)

_____

In re: PEN REGISTER

-------------------------------

UNITED STATES OF AMERICA

   Plaintiff - Appellee

v.

LAVABIT LLC; LADAR LEVISON

      Movants - Appellants

_____

O R D E R
_____

Upon consideration of the motion to voluntarily dismiss this case pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, and there appearing no opposition, the court grants the motion.

                              For the Court--By Direction

                              /s/ Patricia S. Connor, Clerk